Dismissed and Memorandum Opinion filed January 17, 2008








 

Dismissed
and Memorandum Opinion filed January 17, 2008.

 

In The

Fourteenth Court of
Appeals

 

____________

 

NO. 14-07-00494-CR

____________

 

TOMMY WAYNE GUNTER,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
County Criminal Court at Law No. 8

Harris County, Texas

Trial Court Cause No.
1364125

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered
an opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 17, 2008.

Panel consists of Justices Yates,
Guzman, and Brown.

Do not publish C Tex.
R. App. P. 47.2(b).